Second Department. September 10, 1912.) Proceeding by the People of the State of New York against August Menklei. No opinion. Judgment of conviction of the County Court of Westchester County affirmed.

PEOPLE, Respondent, v. NEW YORK CENTADRINK CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York against the New York Centadrink Company. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York against William J. O'Brien.

PER CURIAM. Judgment of conviction and order of the County Court of Kings County affirmed.

CARR, J., dissents.

PEOPLE, Respondent, v. OLSEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Harry Olsen. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise motion granted.

PEOPLE v. O'REILLY. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Daniel O'Reilly. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE, Respondent, v. PINSKER, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State of New York against William Pinsker. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE, Respondent, v. RAVEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Proceeding by the People of the State of New York against Barney Raven. No opinion. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, on the ground that the evidence fails to establish that defendant committed the crime of extortion.

PEOPLE, Respondent, v. ROBERTS, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State of New York against Harry Roberts, alias Harry Shanks. No opinion. Judgment of conviction and order of the County Court of Kings County affirmed.

PEOPLE v. ROGERS. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against Emery M. Rogers. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. SCHOBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Christian Schober. (Case No. 1.) No opinion. Motion granted.

PEOPLE, Respondent, v. SCHOBER, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York against Christian Schober. (Case No. 2.) No opinion. Motion granted.

PEOPLE v. SIRAGUSA. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York against Giuseppe Siragusa. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State of New York against Frank Smith, impleaded with others. No opinion. Judgment of conviction of the Court of Special Sessions reversed, on the ground that the facts do not justify a conviction on the information.

PEOPLE v. WATSON. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York against Thomas Watson. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. WERBLINSKY, Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceedings by the People of the State of New York against David Warblinsky. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE ex rel. BENJAMINS, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Israel Benjamins, against Henry S. Thompson. J. Fischer, of New York City, for appellant. W. E. C. Mayer, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BOUGIE, Appellant, v. McLAUGHLIN, Warden of City Prison, Respondent. (Supreme Court, Appellate Division, Second Department. November 1, 1912.)

Proceeding by the People of the State of New York, on the relation of Minnie Bougie, against William H. McLaughlin, Warden of the City Prison. No opinion. Order affirmed, without costs.

PEOPLE ex rel. BROWN, Appellant, v. S. HEILMAN & CO., et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Emil Brown, against S. Heilman & Co. and others. B. Loewy, of New York City, for appellant. W. Klein, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BURGARD, Appellant, v. CONWAY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Proceeding by the People of the State of New York, on the relation of Henry P. Burgard, against Thomas F. Conway, as Lieutenant Governor, and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BURKE, Appellant, v. McLAUGHLIN, Warden of City Prison, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Proceeding by the People of the State of New York, on the relation of Harry Burke, against William McLaughlin, as Warden of the City Prison, etc. No opinion. Order (77 Misc. Rep. 13, 136 N. Y. Supp. 122) affirmed.

PEOPLE ex rel. CONEY ISLAND JOCKEY CLUB, Respondent, v. PURDY et al., Com'rs, Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Proceeding by the People of the State of New York, on the relation of the Coney Island Jockey Club, against Lawson Purdy and others, as Commissioners, etc. No opinion. Motion denied, without costs, not as a matter of discretion, but for lack of power. See, also, 136 N. Y. Supp. 667.

PEOPLE ex rel. DUHAMEL v. NICCHIA et al. (Supreme Court, Appellate Division, Second Department. October 29, 1912.) Proceeding by the People of the State of New York, on the relation of James F. Duhamel, against Joseph Nicchia and others. No opinion. Order affirmed, without costs. Reargument denied, 137 N. Y. Supp. 1136.

PEOPLE ex rel. DUHAMEL v. NICCHIA et al. (Supreme Court, Appellate Division, Second Department. October 31, 1912.) Proceeding by the People of the State of New York, on the relation of James F. Duhamel, against Joseph Nicchia and others. No opinion. Motion for reargument (of 137 N. Y. Supp. 1136) denied, without costs.

PEOPLE ex rel. GERWITZ v. WARDEN, DEPUTY WARDEN, AND KEEPER OF KINGS COUNTY JAIL et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of Emma V. Gerwitz, against the Warden, Deputy Warden, and Keeper of Kings County Jail, and the Sheriff, etc. No opinion. Motion denied, on condition that the appellant perfect her appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted.

PEOPLE ex rel. GREEN, Respondent, v. JERVIS, Special Deputy Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Proceeding by the People of the State of New York, on the relation of Shirley J. Green, against George S. Jervis, as Special Deputy Commissioner of Excise for the Borough of Queens. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. GUMAELIUS, Appellant, v. WARDEN OF CITY PRISON, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Proceeding by the People of the State of New York, on the relation of Chas. Gumaelius, against the Warden of the City Prison. F. X. Carmody, of New York City, for appellant. L. S. Kafer, of New York City, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. HALEY, Respondent, v. BOARD OF TRUSTEES OF VILLAGE OF WHITE PLAINS, Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Proceeding by the People of the State of New York, on the relation of John Haley, against the Board of Trustees of the Village of White Plains. No opinion. Motion to dismiss appeal granted on default, with $10 costs.

PEOPLE ex rel. HALLOCK et al. v. HENNESSY et al. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Proceeding by the People of the State of New York, on the relation of Frances V. Hallock and others, as administrators, etc., against Joseph P. Hennessy and others. No opinion. Motion for leave to appeal to the Court of Appeals (from 137 N. Y. Supp. 819) granted, without costs, and question certified.

PEOPLE ex rel. HOTCHKISS et al. v. CORWIN et al. (Supreme Court, Appellate Division, Second Department. October 29, 1912.) Appeal from Special Term, Orange County. Proceeding by the People of the State of New York, on the relation of William H. Hotchkiss and another, against John Corwin and others. From an order regulating the use of voting machines, certain respondents appeal. Reversed, and motion denied. Robert P. Beyer, Deputy Atty. Gen., for appellants. William M. Chadbourne, of New York City, for relators respondents. Frank Keiper, of Rochester, and Henry